*E. O. Dobbs,* contra.

---

16815. NEWBERRY *et al.* v. MILLER.

As to the land line in question the finding of the jury was authorized by the evidence; and the charge of the court was not subject to the exceptions taken.

        DECIDED DECEMBER 16, 1925.

Processioning; from Baker superior court—Judge Custer. August 4, 1925.

*W. I. Geer,* for plaintiffs in error.

*Benton Odom,* contra.

LUKE, J. Mat Miller instituted processioners' proceedings to determine a certain land line. The return of the processioners was favorable to Miller's contention, and William Newberry and others filed objections thereto. A trial before a jury resulted in a verdict and judgment for Miller.

1. The evidence being in sharp conflict, the verdict can not be changed for any reason assigned in the general grounds of the motion for a new trial.

2. A careful study of the record discloses that the true question involved was whether or not Miller had previously agreed by word or conduct to accept as his boundary a line run several feet from a boundary line shown to have been theretofore established for approximately fifty years. The court's charge, considered as a whole, properly presented this question, and was not subject to the criticism that it was contradictory, or that in it the court expressed an opinion as to the evidence.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*